No. 04–6432. GONZALEZ v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of peti-

tioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.